**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of<br><br>JOSÉ MUNIZ NETO,<br><br>          Applicant,<br><br>Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence for Use in Foreign Proceeding Pending in the Federative Republic of Brazil. | Case No. 25-mc-00484 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2025

**[PROPOSED] ORDER GRANTING JOSÉ MUNIZ NETO'S *EX PARTE* PETITION FOR
JUDICIAL ASSISTANCE IN AID OF FOREIGN PROCEEDING
PURSUANT TO 28 U.S.C. § 1782**

Upon consideration of the *Ex Parte* Petition for Judicial Assistance in Aid of Foreign Proceeding pursuant to 28 U.S.C. § 1782 (the "Petition") submitted by José Muniz Neto ("Applicant"), and all papers submitted in support thereof, this Court finds that (i) Applicant has met the statutory requirements set forth in 28 U.S.C. § 1782 to obtain the requested judicial assistance sought in the Petition, and (ii) the discretionary factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Petition.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. Applicant's Petition is **GRANTED**.

2. Any discovery taken pursuant to this Order, and any related motion practice, shall be governed by the Federal Rules of Civil Procedure.

3. Applicant is hereby authorized to issue and serve subpoenas upon Springlake Holdings (Miami) Inc. and Sao Jose Property Inc. (the "Discovery Targets") that are substantially similar in form to the subpoenas attached to the Petition. Applicant is further authorized to serve additional follow-up subpoenas on the Discovery Targets or any person, corporate entity, or

financial institution found residing in this District as may be necessary to obtain the testimonial and/or documentary evidence described in the Petition.

4.      The Discovery Targets may seek appropriate relief from the Court, including relief related to the Petition, the subpoena, and this Order.

5.      The Discovery Targets are ordered to preserve all relevant and potentially relevant evidence in their possession, custody or control until further order of this Court.

~~6.      Nothing in this Order shall be construed to prevent Applicant from seeking modification of this Order.~~

IT IS SO ORDERED, this 2nd day of ___December___, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

The Clerk of Court respectfully is requested to terminate ECF No. 4 and to close this case.

- 2 -